BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| ANTHONY TREADWAY,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:13-cv-01248-SAB<br><br>STIPULATION AND ORDER<br>FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief in Support of Plaintiff's Complaint (Doc. 12) be extended from April 28, 2014 to May 28, 2014. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. This extension is necessitated by Defendant's briefing schedule in three (3) Federal district court cases due in the Eastern and Northern Districts of California between April 25-30, 2014, and three (3) Federal district court cases in the Southern, Central, and Eastern Districts of California between May 5-9, 2014.

1 | The parties further stipulate that the Court's Scheduling Order shall be modified
2 | accordingly.

Respectfully submitted,

Date:  April 24, 2014   /s/ *
DENISE BOURGEOIS HALEY
Law Offices of Lawrence D. Rohlfing
(* by email authorization on April 24, 2014)
Attorney for Plaintiff

Date:  April 24, 2014   BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX

/s/ *Cynthia B. De Nardi*
CYNTHIA B. DE NARDI

Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:  **April 24, 2014**

UNITED STATES MAGISTRATE JUDGE